UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID D. CLIFFORD (#109543)  CIVIL ACTION
A/K/A MICHAEL J. COLEMAN

VERSUS

JAMES LEBLANC, ET AL.  NO. 09-0105-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Reports[1] to which objections were filed:

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims.

IT IS FURTHER ORDERED that the defendants' motions to dismiss[2] shall be granted in part, dismissing the plaintiff's claims asserted against defendants James M. LeBlanc, Richard Stalder, Burl Cain, Mack Shaw, Blaine Lachney, Tim Delaney, Dr. Raman Singh and Dr. Jonathan Roundtree on the basis of qualified immunity, and that this matter shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, March 31, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos 32 and 34.

[2] Rec. Doc. Nos. 16 and 29.

Doc#46664